UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-50-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK A. JOHNSON | ORDER |

On motion of the Defendant, Mark A. Johnson, and for good cause shown, it is hereby ORDERED that [DE-34] be sealed until further notice by this Court. The grounds for this Order are the sensitive topics discussed within [DE-34], including but not limited to information regarding civil and criminal pretrial and presentence settlement agreements, medical history of the defendant, and medical histories of defendant's family members.

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 30th day of October, 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE